**Richard C. BLEND, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27812.**

**Court of Criminal Appeals of Texas.**

**Nov. 16, 1955.**

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.